UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | No. 3:05-0079<br>JUDGE ECHOLS |

## ORDER

In accordance with the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Plaintiff's Motion to Alter or Amend Judgment (Docket Entry No. 56) is hereby DENIED.

(2) Defendant's Amended Motion to Dissolve Notice of Lis Pendens (Docket Entry No. 59) is hereby DENIED.

(3) Defendant's Motion to Dissolve Notice of Lis Pendens (Docket Entry No. 58) is hereby DENIED AS MOOT.

It is so ORDERED.

                                                      _____
                                                      ROBERT L. ECHOLS
                                                      UNITED STATES DISTRICT JUDGE